**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LETICIA SANCHEZ-ANGELES, et al. )
)
Plaintiffs, )
)
v. )
)
UNIVERSAL PROTECTION SERVICE, LLC, ) Civil Action No. 1:22-cv-00614-APM
)
)
Defendant. )

**ORDER**

Upon consideration of the Parties' Joint Motion for Final Settlement Approval and Stipulation of Dismissal, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED in accordance with the Parties' Joint Motion:

(1) The settlement reached by the Parties as embodied in their Settlement Agreement attached to the Parties' Memorandum of Law as Exhibit B, is approved as fair and reasonable. Consistent with that finding, the Court further approves, as described in the Settlement Agreement, the procedure for Defendant to pay the Total Settlement Amount into the Qualified Settlement Fund, the administration of the Qualified Settlement Fund, the release of all claims with prejudice; and the payment of Class Counsel's requested attorneys' fees and costs;

(2) Consistent with the parties' Settlement Agreement, this action is hereby dismissed with prejudice. The Court will retain jurisdiction over the parties to the Agreement for the purpose of interpretation and compliance with the Agreement and Agreed Order of Dismissal with Prejudice.

2024.07.02
17:35:20
-04'00'

Dated: ________________

Amit P. Mehta
U.S. District Judge