IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LETICIA SANCHEZ-ANGELES, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVERSAL PROTECTION SERVICE, LLC, | ) Civil Action No. 1:22-cv-00614-APM |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR FINAL SETTLEMENT APPROVAL
AND STIPULATION OF DISMISSAL**

For the reasons set forth in the accompanying Memorandum of Law, Exhibits and Declarations, Plaintiffs Leticia Sanchez-Angeles, et al., and Defendant Universal Protection Service, LLC (collectively, "the Parties"), by and through the undersigned counsel, jointly and respectfully request that the Court enter an Order:

(1) Approving the settlement reached by the Parties as embodied in their Settlement Agreement as fair and reasonable. A copy of the Settlement Agreement is attached to the Memorandum of Law as Exhibit B.

(2) Approving, as described in the Settlement Agreement, the procedure for Defendant to pay the Total Settlement Amount into the Qualified Settlement Fund, the administration of the Qualified Settlement Fund, the release of all claims with prejudice; and the payment of Class Counsel's requested attorneys' fees and costs; and

(3) Dismissing this action with prejudice, and retaining jurisdiction over the parties to the Agreement for the purpose of interpretation and compliance with the Agreement and Agreed Order of Dismissal with Prejudice.

A Proposed Order is attached to the Memorandum of Law as Exhibit D.

Date: June 21, 2024                                Respectfully submitted,

       */s/ Sara L. Faulman*
Sara L. Faulman (D.C. Bar No. 496679)
Sarah M. Block (D.C. Bar No. 1026577)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Fax: (202) 452-1090
slf@mselaborlaw.com
smb@mselaborlaw.com

*Attorneys for Plaintiffs*

       */s/ Kenneth C. Wu*
Kenneth C. Wu
LOPEZ AND WU, PLLC
1818 Library Street, Suite 500
Reston, Virginia 20190
Telephone: 703-835-6145
Facsimile: 703-831-0181
Email: kwu@lopezandwu.com

David C. Hamilton
James B. Taylor
MARTENSON, HASBROUCK & SIMON LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
Telephone: (404)-909-8100
Facsimile: (404)-909-8120
Email: jtaylor@martensonlaw.com
Email: dhamilton@martensonlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 21, 2024, a copy of the foregoing document, with accompanying Memorandum of Law, Declarations, and Exhibits, was served on all parties by filing the document on the Court's CM/ECF system.

>                                 */s/ Sara L. Faulman*
>                                 Sara L. Faulman